IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                              No. 4:04CR00210-01 JLH

LANIER HOLMES                                                                   DEFENDANT

## ORDER

The government has filed a Motion to Dismiss Indictment as to Lanier Holmes. The motion is granted. The indictment against defendant Lanier Holmes is dismissed. The Court hereby recalls and dismisses the outstanding warrant for defendant entered on September 8, 2004.

IT IS SO ORDERED this _____ day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE